McGREGOR W. SCOTT
United States Attorney
MEGAN A. S. RICHARDS
Assistant U.S. Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:18-PO-00048-JLT |
|---|---|
| Plaintiff, | [Citation #6999617 CA/26] |
| v. | MOTION AND ORDER FOR DISMISSAL |
| GARY GILBERT, | |
| Defendant. | |

The United States of America, by and through McGREGOR W. SCOTT, United States Attorney, and Megan A. S. Richards, Assistant United States Attorney, hereby moves to dismiss Case No. 5:18-PO-00048-JLT [Citation #6999617] against GARY GILBERT without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: June 14, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By: /s/ Megan A. S. Richards
MEGAN A. S. RICHARDS
Assistant U.S. Attorney

## **O R D E R**

IT IS HEREBY ORDERED that Case Number Case No. 5:18-PO-00048-JLT [Citation #6999617] against GARY GILBERT be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **June 14, 2018**          **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE